UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CROWN CORK & SEAL COMPANY, INC. MASTER RETIREMENT TRUST, *et al.*, <br> Plaintiffs, <br> v. <br> CREDIT SUISSE FIRST BOSTON CORP., *et al.*, <br> Defendants | Case No. 12-05803-JLG-AJP <br> Judge James L. Graham <br> Magistrate Judge Andrew J. Peck |
| STATE OF ARIZONA, *et al.*, <br> Plaintiffs, <br> v. <br> CREDIT SUISSE FIRST BOSTON CORP., *et al.*, <br> Defendants | Case No. 12-05804-JLG-AJP <br> Judge James L. Graham <br> Magistrate Judge Andrew J. Peck |
| CITY OF CHANDLER, *et al.*, <br> Plaintiffs, <br> v. <br> BANK ONE, N.A., *et al.*, <br> Defendants | Case No. 12-05805-JLG-AJP <br> Judge James L. Graham <br> Magistrate Judge Andrew J. Peck |

## ORDER DISMISSING LANCE POULSEN

The Court, having considered the Arizona Plaintiffs' Motion for Voluntary Dismissal of Lance Poulsen Pursuant to Federal Rule of Civil Procedure 41(a)(2), considers it proper that Lance Poulsen should be dismissed, without prejudice, from the above referenced actions.

Therefore, it is ORDERED, Lance Poulsen is dismissed, without prejudice, from the above-referenced actions, with each party to bear its own fees and costs.

_____
Hon. James L. Graham

DATE: April 8, 2013