UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CROWN CORK & SEAL COMPANY, INC. MASTER RETIREMENT TRUST, *et al.*, Plaintiffs, v. CREDIT SUISSE FIRST BOSTON CORP., *et al.*, Defendants | Case No. 12-05803-JLG-AJP Judge James L. Graham Magistrate Judge Andrew J. Peck |
| STATE OF ARIZONA, *et al.*, Plaintiffs, v. CREDIT SUISSE FIRST BOSTON CORP., *et al.*, Defendants | Case No. 12-05804-JLG-AJP Judge James L. Graham Magistrate Judge Andrew J. Peck |
| CITY OF CHANDLER, *et al.*, Plaintiffs, v. BANK ONE, N.A., *et al.*, Defendants | Case No. 12-05805-JLG-AJP Judge James L. Graham Magistrate Judge Andrew J. Peck |

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF CREDIT SUISSE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between each of the Plaintiffs in the above-referenced actions (the "Arizona Plaintiffs") and Defendant Credit Suisse Securities (USA) LLC ("Credit Suisse"), by and through their undersigned counsel, that the claims against Credit Suisse in the above-captioned actions are voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own fees and costs.

For Credit Suisse:

/s/ Jeffrey Q. Smith

Jeffrey Q. Smith
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
Tel: (212)705-7000

Dated: April 8, 2013

For the Arizona Plaintiffs:

/s/Kathy Patrick

Kathy Patrick
**GIBBS & BRUNS LLP**
1100 Louisiana Suite 5300
Houston, Texas 77002
Tel: (713)650-8805

Dated: April 8, 2013

SO ORDERED:

_____
JAMES L. GRAHAM
UNITED STATES DISTRICT JUDGE

DATE: April 8, 2013